# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

ORLANDO DIAZ

(Name and Address of Defendant)

DOCKETED
JAN 1 — 2009

MAGISTRATE JUDGE ASHMAN

**CRIMINAL COMPLAINT**

CASE NUMBER:
**09 CR 0039**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 31, 2006,__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder.

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
                                    Official Title
facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes ___ No

**DOCKETED**
JAN 1 4 2009

**FILED**
JAN 1 3 2009 TC
JAN 13 2009
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Signature of Complainant
**Mark A. Wallschlaeger**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

__January 13, 2009__                                at            __Chicago, Illinois__
Date                                                                             City and State

__Martin C. Ashman, United States Magistrate Judge__                  _____
Name & Title of Judicial Officer                                                Signature of Judicial Officer

1

STATE OF ILLINOIS      )
                       )SS
COUNTY OF COOK         )

## AFFIDAVIT

I, Mark Wallschlaeger, being duly sworn under oath, state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), and have been so employed for the past twelve years. I am assigned to the Violent Crimes Fugitive Task Force (VC/FTF) and investigate various crimes, including fugitive investigations.

2. I make this affidavit from personal knowledge based upon my participation in this investigation, reports I have read, and conversations I have had with others who have personal knowledge of the events and circumstances described herein. The information outlined below is provided for the limited purpose of establishing probable cause and therefore does not contain all details or all facts of which I am aware relating to this investigation.

3. On December 31, 2006, Raul Ramirez was shot and killed at 2916 W. 54th Street, Chicago, Illinois. In the same shooting incident, Ricardo Martinez was also shot, but survived his injuries. Investigation by the Chicago Police Department (CPD), Area One detectives, revealed that Orlando Diaz was responsible for both shootings. After Orlando Diaz was charged with First Degree Murder, an Illinois felony, a warrant for his arrest was issued by the Circuit Court of Cook County.

4. Attempts to locate Diaz in the Chicago area by the FBI and the CPD have been unsuccessful.

5. CPD Area One detectives interviewed numerous witnesses to include the girlfriend and mother of a child Diaz fathered. Detectives developed information that Diaz was hiding at his girlfriend's residence. Detectives interviewed his girlfriend and learned that Diaz was at her house following the shooting and then took a greyhound bus to Texas. The girlfriend was not able to

provide any other detail on the location of Diaz.

6. Based on the information contained in this affidavit, I believe Orlando Diaz fled the State of Illinois to avoid prosecution for his involvement in the December 31, 2006 murder of Raul Ramirez.

6. The Cook County State's Attorney will extradite Diaz when he is apprehended.

FURTHER AFFIANT SAYETH NOT.

Mark Wallschlaeger
Special Agent
Federal Bureau of Investigation.

SUBSCRIBED AND SWORN TO BEFORE
ME THIS 13th DAY OF JANUARY, 2009:

HON. MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Mag. Judge Ashman
09 cr 39

PEOPLE OF THE STATE OF ILLINOIS
vs
ORLANDO DIAZ

CASE NO. 07110237601 W001
WARRANT TYPE ( ARR )

DUPLICATE COPY - ARREST WARRANT

The people of the State of Illinois to all peace officers in the State - Greetings:

We command you to arrest (Defendant) ORLANDO DIAZ for the offense of
(Description) FIRST DEGREE MURDER
(Chapter) 720 (Section) 5/9-1A1
stated in a charge now pending before this court and that you bring him/her instanter before the Circuit Court of Cook
County at (Location) BRANCH 66 BRANCH (66) (Room) 01
2600 S. CALIFORNIA
CHICAGO, IL 60608
at 9:00 A.M. or if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant
is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

GEOGRAPHIC LIMITATIONS

Issued in Cook County 01/16/2007
Bail fixed at $ - NO BAIL --

Unless otherwise indicated below the geographic limitations
are those as specified in 725 ILCS 5/107-9(a).

_____
(Geographic Limitations)

Judge THOMAS V. GAINER JR  Code 1839

FILED
1-31-09
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

COPY

_____
Prosecutor

Judge THOMAS V. GAINER JR  Code 1839

Witness: Clerk of the Court and seal thereof, 01/16/2007

Clerk of the Circuit Court _____  By Deputy Clerk _____

Name ORLANDO DIAZ
Alias
Residence !                                   City CHICAGO                        State  z 60623

| Sex | Race | Height | Weight | D.O.B. | Age | Complxn | Build | Drivers License |
|---|---|---|---|---|---|---|---|---|
| M | HISPAN | 5' 11" | 180 lbs |  |  | MEDIUM | MEDIUM |  |

IR 001548745  CB/DCN       FBI       SID 00000000000   SSN 000000000   BOND N0 00000000

Complainant's Name DET J FOSTER
Address 20288                                  City                          State        Zip
Arresting Officer                               Star No 00000
Agency/Unit CPD-GENRL

Reviewed By: _____       Audited By: _____
              Prosecutor                                    Clerk

Prepared by: LOBURGIO, GEORGE    Printed: 01/06/2009 12:02:02   System: FCP6.CC00.DV03.RGE

CLERK OF THE CIRCUIT COURT OF COOK COUNTY